UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 3:22-CV-30094-KAR

JOYCE TAYLOR,
    Plaintiff,

v.

SPRINGFIELD COLLEGE and
SPRINGFIELD COLLEGE BOARD OF TRUSTEES,
    Defendants.

**DEFENDANTS' ASSENTED TO MOTION TO DISMISS CLAIMS AGAINST DEFENDANT SPRINGFIELD COLLEGE BOARD OF TRUSTEES**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, Springfield College and Springfield College Board of Trustees (the "Board"), hereby move, with the assent of Plaintiff, Joyce Taylor, to dismiss the above-captioned action against the Board, in its entirety. In support of this Motion to Dismiss, the Board states as follows:

1. The Board is the governing body of Defendant, Springfield College (the "College") and is not separately incorporated as a legal entity;

2. Plaintiff assents to such dismissal based on Defendants' averment that Defendants identified in the Complaint are not separately incorporated legal entities; and

3. Accordingly, Plaintiff will not be prejudiced by the dismissal of the Board from this action because she assents to such dismissal.

WHEREFORE, in light of the foregoing, Defendants, Springfield College and Springfield College Board of Trustees (the "Board"), with the assent of Plaintiff, Joyce Taylor, respectfully move that the Court dismiss this action against the Board, without costs or attorneys' fees to any party.

**Respectfully submitted,**

Springfield College and Springfield College Board of Trustees,

By their attorney,

*/s/ Amanda Marie Baer*
Amanda Marie Baer, BBO #681386
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 791-8500
Fax:    (508) 791-8502
abaer@mirickoconnell.com

**Assented to,**

Joyce Taylor,

By her attorney,

*/s/ Thomas P. Murphy*
Thomas P. Murphy, BBO #630527
Tatum A. Pritchard, BBO #664502
Ginger Gates, BBO #707208
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
Phone: (617) 723-8455
tmurphy@dlc-ma.org

CERTIFICATE OF SERVICE

I, Amanda Marie Baer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this date.

*/s/ Amanda Marie Baer*
Amanda Marie Baer, Esq.

Dated: September 16, 2022